

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/17/2010

| | | |
|---|---|---|
| In re: | § | Case No. 09-35740-H5-7 |
| | § | |
| PARROT ICE DRINK PRODUCTS OF AMERICA, LTD., | § | (Chapter 7) |
| | § | |
| Debtor. | § | |
| | § | |
| JOSEPH M. HILL, CHAPTER 7 TRUSTEE, | § | Adversary Case No. 10-03274 |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| BAGGETT OIL COMPANY, INC. | § | |
| | § | |
| Defendants. | § | |

### ORDER APPROVING
### MOTION TO COMPROMISE CONTROVERSY

Came on for consideration Chapter 7 Trustee's Motion to Compromise Controversy regarding Baggett Oil Company, Inc. (the "Motion").[1] The Court, having considered the Motion, finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b), (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion has been given, and no other or further notice is necessary, (iv) no party has filed an objection to the relief requested the Motion, and (v) good and sufficient cause exists for granting the relief requested in the Motion. The Court further finds and concludes after due consideration of (1) the probability of success in any litigation, with due consideration for uncertainty of fact and law; (2) the complexity and likely duration of any litigation, and the

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

attendant expenses, inconvenience and delay; and (3) all other factors bearing on the wisdom of the compromise set forth in the Settlement Agreement attached to the Motion as Exhibit "A," cause exists to grant the relief requested in the Motion and to approve the terms of the settlement as set forth in the Settlement Agreement. It is therefore,

**ORDERED** that the relief requested in the Motion is hereby approved.

DEC 1 6 2010

_____
UNITED STATES BANKRUPTCY JUDGE

# # # END OF ORDER # # #